**EXHIBIT A**

```
6bt7lonm                                                                    1

 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x
 3   LONGVIEW SPECIAL FINANCE, INC.,
 4                  Plaintiff,
 5        v.                                    06 Civ. 1772
 6   INFINIUM LABS, INC.,
 7                  Defendant.
 8   ------------------------------x
 9
                                                November 29, 2006
10                                              2:00 p.m.
11
     Before:
12
                     HON. RICHARD J. HOLWELL
13
                                                District Judge
14
                            APPEARANCES
15
     KENNETH A. ZITTER
16        Attorney for Plaintiff

17   HELLER HOROWITZ & FEIT, P.C.
          Attorneys for Defendant Michael Bachner
18   BY:  RICHARD F. HOROWITZ
          JOSEPH SCHICK
19
20
21
22
23
24
25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300
```

EXHIBIT A

6bt7lonm

21

1    1999).  Second, Longview has made an adequate showing that
2    Infinium is insolvent and likely could not pay monetary damages
3    awarded at the conclusion of this litigation.  See Brentag
4    International Chemicals, Inc. v. Bank of India, 175 F.3d 245,
5    250 (2d Cir. 1999).  Third, courts in this district have found
6    that ordering compliance with the terms of a security contract
7    is an appropriate form of relief in cases such as this, and
8    monetary damages are not an adequate remedy.  In particular,
9    the court notes two decisions: Alpha Capital v. Advanced Viral
10   Research Corp., 2003 WL 328302 (S.D.N.Y. Feb. 11, 2003) and
11   Alpha Capital v. Group Management Corp., 2002 WL 31681798
12   (S.D.N.Y. Nov. 25, 2002).  Compelling compliance rather than
13   simply awarding damages reinforces the sanctity of bargains
14   between corporations and creditors and investors and is
15   consistent with the debenture holders' potential excise of
16   their rights as equity shareholders.
17       Therefore, Longview is entitled to injunctive relief.
18   The court, however, is sympathetic to defendant's argument that
19   the relief sought is overbroad.  With this in mind, the court
20   enters an injunction directing Infinium to deliver to Longview
21   1,849,568 shares of Infinium common stock and to do so
22   immediately.
23       Infinium is also directed to honor all future
24   conversion notices duly submitted by Longview and all future
25   exercises of warrants duly submitted by Longview.

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300