UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALPHA CAPITAL ANSTALT,                              :

                              Plaintiff,            :      ORDER

            -v.-                                    :

                                                    :      15 Civ. 5443 (VM) (GWG)

OXYSURE SYSTEMS INC. et al.,                        :

                              Defendants.           :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     The deadlines contained in paragraphs 3 through 7 of the Order dated August 24, 2015 (Docket # 25) are each extended by 45 days.

     The briefing schedule on the motion for a protective order shall be as follows: opposition papers are due December 18, 2015, reply papers are due December 31, 2015.

     SO ORDERED.

Dated: October 30, 2015
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge