# EXHIBIT 1

| AEO | Fam | DocDate | Author | Recip | Copied | DocID | EmailSubject | From |
|---|---|---|---|---|---|---|---|---|
| X | 1 | 8/29/2014 | Julian Ross | Matthew Hirji | David Hirji (david.hirji1@gmail.com) | OXYSURE-ALPHA000661 | OXYS comments on 300K deal | Julian Ross |
| X | 1 | 8/29/2014 | | | | OXYSURE-ALPHA000663 | | |
| X | 2 | 9/15/2014 | Matthew Hirji | Julian Ross | Sameer Hirji; Scott Sand | OXYSURE-ALPHA000669 | OXYS Term Sheet (Final Version) | Matthew Hirji |
| X | 2 | 9/12/2014 | | | | OXYSURE-ALPHA000670 | | |
| X | 3 | 9/17/2014 | Julian Ross | 'Matthew Hirji' | 'Sameer Hirji'; 'Scott Sand' | OXYSURE-ALPHA000675 | RE: OXYS Term Sheet (Final Version) | Julian Ross |
| X | 3 | 9/17/2014 | | | | OXYSURE-ALPHA000676 | | |
| X | 4 | 10/30/2014 | Julian Ross | Sameer Hirji | Matthew Hirji; Nadim Allidina | OXYSURE-ALPHA001722 | Re: Call me please | Julian Ross |
| X | 5 | 10/31/2014 | Julian Ross | Nadim Allidina | Sameer Hirji; Matthew Hirji | OXYSURE-ALPHA001754 | Re: JSJ-OXYS Conversion - October 28, 2014 - Proposed Resolution | Julian Ross |
| X | 6 | 10/31/2014 | Sameer Hirji | Julian Ross | Nadim Allidina; Matthew Hirji | OXYSURE-ALPHA001755 | Re: JSJ-OXYS Conversion - October 28, 2014 - Proposed Resolution | Sameer Hirji |
| X | 7 | 11/1/2014 | Julian Ross | 'Sameer Hirji' | 'Nadim Allidina'; 'Matthew Hirji' | OXYSURE-ALPHA001759 | RE: JSJ-OXYS Conversion - October 28, 2014 - Proposed Resolution | Julian Ross |
| X | 8 | 11/3/2014 | Joe Gurba | Julian Ross; Sameer Hirji; Nadim Allidina; Matthew Hirji | | OXYSURE-ALPHA001777 | OXYS-JSJ Document Package | Joe Gurba |
| X | 8 | 11/3/2014 | | | | OXYSURE-ALPHA001778 | | |
| X | 8 | 11/3/2014 | | | | OXYSURE-ALPHA001779 | | |
| X | 8 | 11/3/2014 | | | | OXYSURE-ALPHA001789 | | |
| X | 8 | 11/3/2014 | | | | OXYSURE-ALPHA001792 | | |
| X | 9 | 11/25/2014 | Julian Ross | Matthew Hirji | | OXYSURE-ALPHA002216 | Follow up | Julian Ross |
| X | 10 | 11/26/2014 | Joe Gurba | Justeene Blankenship; Julian Ross | Nadim Allidina | OXYSURE-ALPHA002217 | Re: OXYS Conversion, November 24 2014 | Joe Gurba |
| X | 11 | 12/8/2014 | Julian Ross | 'Matthew Hirji'; 'Sameer Hirji' | | OXYSURE-ALPHA002757 | RE: Follow up | Julian Ross |
| X | 12 | 12/8/2014 | Julian Ross | Matthew Hirji (matthewhirji@jsjinvestments.com) | | OXYSURE-ALPHA002760 | oxys | Julian Ross |
| X | 13 | 12/15/2014 | Matthew Hirji | Julian Ross | Sameer Hirji | OXYSURE-ALPHA003049 | OXYS-JSJ Term Sheet Proposal | Matthew Hirji |
| X | 13 | 12/15/2014 | | | | OXYSURE-ALPHA003050 | | |
| X | 14 | 12/18/2014 | Matthew Hirji | Julian Ross | Sameer Hirji | OXYSURE-ALPHA003099 | Re: OXYS-JSJ Term Sheet Proposal | Matthew Hirji |
| X | 15 | 12/21/2014 | Julian Ross | 'Matthew Hirji' | 'Sameer Hirji' | OXYSURE-ALPHA003322 | RE: OXYS-JSJ Term Sheet Proposal | Julian Ross |
| X | 16 | 12/28/2014 | Julian Ross | Sameer Hirji | Matthew Hirji | OXYSURE-ALPHA003789 | This week oxys | Julian Ross |
| X | 17 | 2/23/2015 | Julian Ross | 'David Hirji' | | OXYSURE-ALPHA003992 | RE: OXYS Conversion - February 19, 2015 | Julian Ross |
| X | 18 | 2/23/2015 | David Hirji | Julian Ross | | OXYSURE-ALPHA003994 | Re: OXYS Conversion - February 19, 2015 | David Hirji |
| X | 19 | 2/26/2015 | David Hirji | Julian Ross | | OXYSURE-ALPHA004094 | JSJ's Conversion | David Hirji |
| X | 20 | 2/26/2015 | Julian Ross | Sameer Hirji (sameerhirji@jsjinvestments.com) | | OXYSURE-ALPHA004098 | FW: OXYS Conversion - February 19, 2015 | Julian Ross |
| X | 21 | 2/26/2015 | Sameer Hirji | Julian Ross | | OXYSURE-ALPHA004100 | Re: FW: OXYS Conversion - February 19, 2015 | Sameer Hirji |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | 22 | 2/26/2015 | Sameer Hirji | Julian Ross | | OXYSURE-ALPHA004104 | Re: OXYS Conversion - February 19, 2015 | Sameer Hirji |
| X | 23 | 3/12/2015 | Sameer Hirji | Julian Ross | | OXYSURE-ALPHA004205 | Re: Conversion | Sameer Hirji |
| X | 24 | 4/23/2015 | Julian Ross | Sameer Hirji (sameerhirji@jsjinvestments.com) | | OXYSURE-ALPHA004307 | Bid | Julian Ross |
| X | 25 | 4/23/2015 | Sameer Hirji | Julian Ross | | OXYSURE-ALPHA004308 | Re: Bid | Sameer Hirji |
| X | 26 | 4/23/2015 | Julian Ross | Sameer Hirji | | OXYSURE-ALPHA004310 | Re: Bid | Julian Ross |
| X | 27 | 5/1/2015 | Julian Ross | Sameer Hirji (sameerhirji@jsjinvestments.com) | | OXYSURE-ALPHA004313 | OXYS | Julian Ross |
| X | 28 | 5/1/2015 | Sameer Hirji | Julian Ross | | OXYSURE-ALPHA004317 | Re: Follow up | Sameer Hirji |
| X | 29 | 5/5/2015 | Julian Ross | 'Sameer Hirji' | | OXYSURE-ALPHA004319 | RE: Follow up | Julian Ross |
| X | 30 | 5/5/2015 | Sameer Hirji | Julian Ross | | OXYSURE-ALPHA004325 | Re: Follow up | Sameer Hirji |
| X | 31 | 5/19/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA004392 | Phase 1 term sheet | 6784jensen@gmail.com |
| X | 31 | 5/19/2015 | Jeff Glasse | | | OXYSURE-ALPHA004393 | | |
| X | 32 | 5/20/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA004395 | Phase 2 | 6784jensen@gmail.com |
| X | 32 | 5/14/2015 | Jeff Glasse | | | OXYSURE-ALPHA004396 | | |
| X | 33 | 5/20/2015 | Julian Ross | Casey Jensen (cjensen@anubiscap.com) | Jacob D. Cohen (jcohen@anubiscap.com) | OXYSURE-ALPHA004495 | Revised terms sheets | Julian Ross |
| X | 33 | 5/20/2015 | Jeff Glasse | | | OXYSURE-ALPHA004497 | | |
| X | 33 | 5/20/2015 | Jeff Glasse | | | OXYSURE-ALPHA004500 | | |
| X | 34 | 5/28/2015 | Julian Ross | 'Sameer Hirji' | | OXYSURE-ALPHA004751 | RE: Idea/proposal | Julian Ross |
| X | 35 | 5/28/2015 | Sameer Hirji | Julian Ross | Nadim Allidina; Joe Gurba; Jody Samuels | OXYSURE-ALPHA004753 | Re: Idea/proposal | Sameer Hirji |
| X | 36 | 5/29/2015 | Julian Ross | 'Adam Dyck'; 'Justeene Blankenship'; 'Nadim Allidina'; 'Sameer Hirji' | | OXYSURE-ALPHA004768 | RE: OXYS Conversion, May 13 2015 | Julian Ross |
| X | 36 | 5/29/2015 | Thomas Ronk | | | OXYSURE-ALPHA004772 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004773 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004774 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004775 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004776 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004777 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004778 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004779 | | |
| X | 36 | 5/28/2015 | julian ross | | | OXYSURE-ALPHA004780 | | |
| X | 37 | 6/1/2015 | 6784jensen@gmail.com | Julian Ross; Jacob D. Cohen | | OXYSURE-ALPHA004787 | Uplist financing | 6784jensen@gmail.com |
| X | 37 | | | | | OXYSURE-ALPHA004788 | | |
| X | 37 | | | | | OXYSURE-ALPHA004794 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 37 | | | | | OXYSURE-ALPHA004796 | | |
| X | 38 | 6/3/2015 | Julian Ross | 'Yakov Borenstein' | Tomer Tal (tomer@newventureattorneys.com) | OXYSURE-ALPHA004818 | OXYS | Julian Ross |
| X | 39 | | | | | OXYSURE-ALPHA004820 | Read: OXYS | |
| X | 40 | 6/3/2015 | Julian Ross | Aryeh Goldstein | 'Goldy Greenfeld' (goldy@major6910.com); Tomer Tal (tomer@newventureattorneys.com) | OXYSURE-ALPHA004821 | OXYS | Julian Ross |
| X | 41 | 6/3/2015 | Goldy Greenfeld | jross@oxysure.com | | OXYSURE-ALPHA004823 | Out of office Re: OXYS | Goldy Greenfeld |
| X | 42 | 6/4/2015 | Tomer Tal | Justeene Blankenship (jb@actionstocktransfer.com) | 'Julian Ross'; Abe Vail; Chany Borenstein; Yakov Borenstein | OXYSURE-ALPHA004824 | Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Tomer Tal |
| X | 42 | | ChaniB | | | OXYSURE-ALPHA004825 | | |
| X | 42 | | ChaniB | | | OXYSURE-ALPHA004826 | | |
| X | 42 | | | | | OXYSURE-ALPHA004827 | | |
| X | 42 | | Julian Ross | | | OXYSURE-ALPHA004828 | | |
| X | 42 | | | | | OXYSURE-ALPHA004843 | | |
| X | 42 | | Tomer | | | OXYSURE-ALPHA004845 | | |
| X | 43 | 6/4/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA004847 | TS #11 | 6784jensen@gmail.com |
| X | 43 | 6/4/2015 | Jeff Glasse | | | OXYSURE-ALPHA004848 | | |
| X | 44 | 6/5/2015 | 6784jensen@gmail.com | Julian Ross; Jacob D. Cohen | | OXYSURE-ALPHA004853 | Signed Term sheets | 6784jensen@gmail.com |
| X | 44 | | | | | OXYSURE-ALPHA004854 | | |
| X | 44 | | | | | OXYSURE-ALPHA004857 | | |
| X | 45 | 6/7/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA004861 | Fwd: Oxys | 6784jensen@gmail.com |
| X | 46 | 6/8/2015 | Julian Ross | 'Tomer Tal'; 'Justeene Blankenship (jb@actionstocktransfer.com)' | 'Abe Vail'; 'Chany Borenstein'; 'Yakov Borenstein' | OXYSURE-ALPHA004863 | RE: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Julian Ross |
| X | 47 | 6/8/2015 | Tomer Tal | Justeene Blankenship (jb@actionstocktransfer.com) | 'Julian Ross'; Abe Vail; Chany Borenstein; Yakov Borenstein | OXYSURE-ALPHA004864 | RE: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Tomer Tal |
| X | 48 | 6/8/2015 | Chany Borenstein | Tomer Tal | Justeene Blankenship (jb@actionstocktransfer.com); Julian Ross; Abe Vail; Yakov Borenstein | OXYSURE-ALPHA004865 | Re: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Chany Borenstein |
| X | 48 | | ChaniB | | | OXYSURE-ALPHA004867 | | |
| X | 49 | 6/8/2015 | Yakov Borenstein | Chany Borenstein | Julian Ross; Abe Vail | OXYSURE-ALPHA004868 | Re: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Yakov Borenstein |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 50 | 6/8/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA004870 | Fwd: OXYS - terms | 6784jensen@gmail.com |
| X | 51 | 6/9/2015 | Yakov Borenstein | Chany Borenstein | Julian Ross; Abe Vail | OXYSURE-ALPHA004872 | Re: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Yakov Borenstein |
| X | 52 | 6/9/2015 | Julian Ross | Yakov Borenstein | Chany Borenstein; Abe Vail | OXYSURE-ALPHA004876 | Re: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Julian Ross |
| X | 53 | 6/9/2015 | Yakov Borenstein | Julian Ross | Abe Vail; chany Borenstein | OXYSURE-ALPHA004879 | Re: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Yakov Borenstein |
| X | 54 | 6/10/2015 | Yakov Borenstein | Julian Ross | Abe Vail; chany Borenstein | OXYSURE-ALPHA004882 | Re: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Yakov Borenstein |
| X | 55 | 6/10/2015 | Justeene Blankenship | Tomer Tal | 'Julian Ross'; Abe Vail; Chany Borenstein; Yakov Borenstein | OXYSURE-ALPHA004886 | RE: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | Justeene Blankenship |
| X | 56 | 6/10/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA004890 | Re: Opinion and supporting documents for the issuance of 51,407 shares of Common Stock of OXYS to Union Capital LLC | 6784jensen@gmail.com |
| X | 57 | 6/10/2015 | Julian Ross | Aryeh Goldstein | | OXYSURE-ALPHA004894 | OXYS Conversions | Julian Ross |
| X | 58 | 6/10/2015 | Aryeh Goldstein | Julian Ross | | OXYSURE-ALPHA004896 | RE: OXYS Conversions | Aryeh Goldstein |
| X | 59 | 6/11/2015 | Aryeh Goldstein | Julian Ross | | OXYSURE-ALPHA004899 | RE: OXYS Conversions | Aryeh Goldstein |
| X | 60 | 6/11/2015 | Aryeh Goldstein | Julian Ross | | OXYSURE-ALPHA004904 | Re: OXYS Conversions | Aryeh Goldstein |
| X | 61 | 6/11/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com); Jacob D. Cohen (jcohen@anubiscap.com) | OXYSURE-ALPHA004909 | OXYS - Signed Term Sheet | Julian Ross |
| X | 62 | 6/11/2015 | Tomer Tal | Julian Ross | Casey Jensen; Jacob D. Cohen | OXYSURE-ALPHA004911 | RE: OXYS - Signed Term Sheet | Tomer Tal |
| X | 63 | 6/11/2015 | Tomer Tal | Julian Ross | Casey Jensen; Jacob D. Cohen | OXYSURE-ALPHA004914 | RE: OXYS - Signed Term Sheet | Tomer Tal |
| X | 64 | 6/11/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen'; 'Jacob D. Cohen' | OXYSURE-ALPHA004917 | RE: OXYS - Signed Term Sheet | Julian Ross |
| X | 64 | 6/11/2015 | | | | OXYSURE-ALPHA004919 | | |
| X | 64 | 6/11/2015 | | | | OXYSURE-ALPHA004921 | | |
| X | 65 | 6/11/2015 | Tomer Tal | Julian Ross | 'Casey Jensen'; 'Jacob D. Cohen' | OXYSURE-ALPHA004924 | RE: OXYS - Signed Term Sheet | Tomer Tal |
| X | 66 | 6/15/2015 | Tomer Tal | 'Julian Ross' | 'Casey Jensen'; arigoldstein123@gmail.com | OXYSURE-ALPHA004928 | Final point | Tomer Tal |
| X | 67 | 6/16/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen'; 'arigoldstein123@gmail.com' | OXYSURE-ALPHA004930 | RE: Final point | Julian Ross |
| X | 68 | 6/16/2015 | Tomer Tal | Julian Ross | 'Casey Jensen'; arigoldstein123@gmail.com | OXYSURE-ALPHA004932 | RE: Final point | Tomer Tal |
| X | 69 | 6/16/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen'; 'arigoldstein123@gmail.com' | OXYSURE-ALPHA004935 | RE: Final point | Julian Ross |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 70 | 6/16/2015 | Tomer Tal | Julian Ross | ARI GOLDSTEIN123 | OXYSURE-ALPHA004938 | RE: Final point | Tomer Tal |
| X | 71 | 6/16/2015 | Julian Ross | 'Tomer Tal' | 'ARI GOLDSTEIN123'; Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA004941 | RE: Final point | Julian Ross |
| X | 72 | 6/17/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | | OXYSURE-ALPHA004955 | a few questions | Julian Ross |
| X | 73 | 6/18/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Aryeh Goldstein; Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA004957 | Tomer, I just talked to Ari re OXYS | Julian Ross |
| X | 74 | 6/18/2015 | arigoldstein123@gmail.com | Julian Ross; Tomer Tal | Aryeh Goldstein; Casey Jensen | OXYSURE-ALPHA004959 | Re: Tomer, I just talked to Ari re OXYS | arigoldstein123@gmail.com |
| X | 75 | 6/18/2015 | Tomer Tal | arigoldstein123@gmail.com; Julian Ross | Aryeh Goldstein; Casey Jensen | OXYSURE-ALPHA004961 | RE: Tomer, I just talked to Ari re OXYS | Tomer Tal |
| X | 76 | 6/18/2015 | arigoldstein123@gmail.com | Tomer Tal; Julian Ross | Aryeh Goldstein; Casey Jensen | OXYSURE-ALPHA004964 | Re: Tomer, I just talked to Ari re OXYS | arigoldstein123@gmail.com |
| X | 77 | 6/18/2015 | Tomer Tal | arigoldstein123@gmail.com; Julian Ross | Aryeh Goldstein; Casey Jensen | OXYSURE-ALPHA004967 | RE: Tomer, I just talked to Ari re OXYS | Tomer Tal |
| X | 78 | 6/18/2015 | Julian Ross | 'Tomer Tal'; 'arigoldstein123@gmail.com' | 'Aryeh Goldstein'; 'Casey Jensen' | OXYSURE-ALPHA004975 | RE: Tomer, I just talked to Ari re OXYS | Julian Ross |
| X | 79 | 6/18/2015 | Tomer Tal | Julian Ross; arigoldstein123@gmail.com | 'Aryeh Goldstein'; 'Casey Jensen' | OXYSURE-ALPHA004978 | RE: Tomer, I just talked to Ari re OXYS | Tomer Tal |
| X | 80 | 6/18/2015 | Tomer Tal | Julian Ross | arigoldstein123@gmail.com | OXYSURE-ALPHA004982 | RE: a few questions | Tomer Tal |
| X | 81 | 6/18/2015 | Julian Ross | 'Tomer Tal' | 'arigoldstein123@gmail.com' | OXYSURE-ALPHA004985 | RE: a few questions | Julian Ross |
| X | 82 | 6/18/2015 | Tomer Tal | Julian Ross | arigoldstein123@gmail.com | OXYSURE-ALPHA004987 | RE: a few questions | Tomer Tal |
| X | 83 | 6/22/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA005005 | Draft Docs for Adar | 6784jensen@gmail.com |
| X | 83 | 6/22/2015 | sawyer | | | OXYSURE-ALPHA005006 | | |
| X | 83 | 6/22/2015 | | | | OXYSURE-ALPHA005019 | | |
| X | 84 | 6/22/2015 | Julian Ross | 'Tomer Tal' | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005048 | RE: Final point | Julian Ross |
| X | 85 | 6/22/2015 | Tomer Tal | Julian Ross | Casey Jensen | OXYSURE-ALPHA005051 | RE: Final point | Tomer Tal |
| X | 86 | 6/22/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005056 | RE: Final point | Julian Ross |
| X | 87 | 6/22/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005059 | RE: Final point | Tomer Tal |
| X | 88 | 6/22/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005064 | RE: Final point | Tomer Tal |
| X | 89 | 6/22/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005069 | RE: Final point | Julian Ross |
| X | 89 | 6/22/2015 | Julian Ross | | | OXYSURE-ALPHA005073 | | |
| X | 90 | 6/22/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005080 | RE: Final point | Tomer Tal |
| X | 91 | 6/22/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005086 | RE: Final point | Tomer Tal |
| X | 92 | 6/22/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005092 | RE: Final point | Julian Ross |
| X | 93 | 6/23/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA005096 | dwac | Julian Ross |
| X | 94 | 6/23/2015 | Yakov Borenstein | Julian Ross | | OXYSURE-ALPHA005097 | Re: dwac | Yakov Borenstein |
| X | 95 | 6/23/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA005099 | RE: dwac | Julian Ross |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 96 | 6/24/2015 | 6784jensen@gmail.com | Julian Ross | | | OXYSURE-ALPHA005101 | Fwd: Adar Docs- OXYS | 6784jensen@gmail.com |
| X | 96 | 6/24/2015 | Tomer | | | | OXYSURE-ALPHA005103 | | |
| X | 96 | 6/24/2015 | Tomer | | | | OXYSURE-ALPHA005107 | | |
| X | 96 | 6/24/2015 | user | | | | OXYSURE-ALPHA005111 | | |
| X | 96 | 6/24/2015 | Vania Glazer | | | | OXYSURE-ALPHA005115 | | |
| X | 96 | 6/24/2015 | Tomer | | | | OXYSURE-ALPHA005117 | | |
| X | 96 | 6/24/2015 | | | | | OXYSURE-ALPHA005120 | | |
| X | 96 | 6/24/2015 | | | | | OXYSURE-ALPHA005138 | | |
| X | 96 | 6/24/2015 | | | | | OXYSURE-ALPHA005156 | | |
| X | 96 | 6/24/2015 | sawyer | | | | OXYSURE-ALPHA005174 | | |
| X | 96 | 6/24/2015 | User | | | | OXYSURE-ALPHA005187 | | |
| X | 96 | 6/24/2015 | User | | | | OXYSURE-ALPHA005191 | | |
| X | 96 | 6/24/2015 | Julian Ross | | | | OXYSURE-ALPHA005195 | | |
| X | 97 | 6/24/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | | OXYSURE-ALPHA005203 | warrant calcs | Julian Ross |
| X | 98 | 6/24/2015 | Tomer Tal | Julian Ross | Casey Jensen | | OXYSURE-ALPHA005205 | RE: warrant calcs | Tomer Tal |
| X | 99 | 6/24/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | | OXYSURE-ALPHA005348 | OXYS comments | Julian Ross |
| X | 99 | 6/24/2015 | | | | | OXYSURE-ALPHA005350 | | |
| X | 99 | 6/24/2015 | | | | | OXYSURE-ALPHA005369 | | |
| X | 99 | 6/24/2015 | | | | | OXYSURE-ALPHA005388 | | |
| X | 99 | 6/24/2015 | sawyer | | | | OXYSURE-ALPHA005407 | | |
| X | 99 | 6/24/2015 | user | | | | OXYSURE-ALPHA005421 | | |
| X | 99 | 6/24/2015 | Vania Glazer | | | | OXYSURE-ALPHA005427 | | |
| X | 99 | 11/25/2014 | | | | | OXYSURE-ALPHA005430 | | |
| X | 99 | 11/25/2014 | Julian | | | | OXYSURE-ALPHA005432 | | |
| X | 99 | 6/24/2015 | Tomer Tal | Julian Ross | Casey Jensen | | OXYSURE-ALPHA005437 | RE: OXYS comments | Tomer Tal |
| X | 100 | 6/24/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | | OXYSURE-ALPHA005440 | RE: OXYS comments | Julian Ross |
| X | 101 | 6/24/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | | OXYSURE-ALPHA005443 | RE: OXYS comments | Tomer Tal |
| X | 102 | 6/24/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | | OXYSURE-ALPHA005447 | RE: OXYS comments | Julian Ross |
| X | 103 | 6/24/2015 | Julian Ross | Casey Jensen (cjensen@anubiscap.com) | | | OXYSURE-ALPHA005450 | TA letters | Julian Ross |
| X | 103 | 6/24/2015 | User | | | | OXYSURE-ALPHA005452 | | |
| X | 103 | 6/24/2015 | User | | | | OXYSURE-ALPHA005458 | | |
| X | 104 | 6/25/2015 | 6784jensen@gmail.com | Julian Ross | | | OXYSURE-ALPHA005466 | Fwd: final docs | 6784jensen@gmail.com |
| X | 104 | 6/25/2015 | user | | | | OXYSURE-ALPHA005468 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 104 | 6/25/2015 | | | | OXYSURE-ALPHA005475 | | |
| X | 104 | 6/25/2015 | | | | OXYSURE-ALPHA005494 | | |
| X | 104 | 6/25/2015 | | | | OXYSURE-ALPHA005513 | | |
| X | 104 | 6/25/2015 | user | | | OXYSURE-ALPHA005532 | | |
| X | 104 | 6/25/2015 | sawyer | | | OXYSURE-ALPHA005533 | | |
| X | 104 | 6/25/2015 | User | | | OXYSURE-ALPHA005547 | | |
| X | 104 | 6/25/2015 | User | | | OXYSURE-ALPHA005552 | | |
| X | 104 | 6/24/2015 | Tomer | | | OXYSURE-ALPHA005558 | | |
| X | 104 | 6/24/2015 | Tomer | | | OXYSURE-ALPHA005562 | | |
| X | 104 | 6/24/2015 | Tomer | | | OXYSURE-ALPHA005566 | | |
| X | 105 | 6/25/2015 | Julian Ross | 'Casey Jensen' | | OXYSURE-ALPHA005569 | RE: final docs | Julian Ross |
| X | 106 | 6/25/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA005571 | Fwd: Union docs | 6784jensen@gmail.com |
| X | 106 | 6/24/2015 | Tomer | | | OXYSURE-ALPHA005573 | | |
| X | 106 | 6/24/2015 | sawyer | | | OXYSURE-ALPHA005576 | | |
| X | 106 | 6/25/2015 | User | | | OXYSURE-ALPHA005590 | | |
| X | 106 | 6/24/2015 | Tomer | | | OXYSURE-ALPHA005594 | | |
| X | 107 | 6/25/2015 | Julian Ross | Casey Jensen (cjensen@anubiscap.com) | | OXYSURE-ALPHA005598 | OXYS trade data | Julian Ross |
| X | 107 | 6/25/2015 | julian ross | | | OXYSURE-ALPHA005600 | | |
| X | 107 | 5/4/2015 | | | | OXYSURE-ALPHA005601 | | |
| X | 107 | 2/21/2015 | | | | OXYSURE-ALPHA005604 | | |
| X | 107 | 5/4/2015 | | | | OXYSURE-ALPHA005607 | | |
| X | 108 | 6/25/2015 | Tomer Tal | 'Julian Ross' | Casey Jensen | OXYSURE-ALPHA005615 | Revised Series C | Tomer Tal |
| X | 108 | 6/25/2015 | | | | OXYSURE-ALPHA005616 | | |
| X | 109 | 6/25/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005643 | RE: Revised Series C | Julian Ross |
| X | 110 | 6/25/2015 | Tomer Tal | Julian Ross; Casey Jensen | 'Casey Jensen' | OXYSURE-ALPHA005657 | RE: Revised Series C | Tomer Tal |
| X | 111 | 6/26/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005770 | Reserve calcs | Julian Ross |
| X | 111 | 6/26/2015 | user | | | OXYSURE-ALPHA005771 | | |
| X | 112 | 6/26/2015 | Tomer Tal | Julian Ross | Casey Jensen | OXYSURE-ALPHA005772 | RE: Reserve calcs | Tomer Tal |
| X | 113 | 6/26/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005774 | RE: Reserve calcs | Julian Ross |
| X | 113 | 4/8/2014 | Julian | | | OXYSURE-ALPHA005776 | | |
| X | 114 | 6/26/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005779 | RE: Reserve calcs | Tomer Tal |
| X | 115 | 6/26/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005781 | RE: Reserve calcs | Julian Ross |
| X | 116 | 6/26/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005783 | RE: Reserve calcs | Tomer Tal |
| X | 117 | 6/26/2015 | Yakov Borenstein | Julian Ross | | OXYSURE-ALPHA005787 | Re: Follow up | Yakov Borenstein |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 118 | 6/26/2015 | 6784jensen@gmail.com | Julian Ross | | OXYSURE-ALPHA005789 | Fwd: OXYS back end reserve | 6784jensen@gmail.com |
| X | 118 | 6/26/2015 | User | | | OXYSURE-ALPHA005791 | | |
| X | 119 | 6/26/2015 | Julian Ross | 'Casey Jensen' | | OXYSURE-ALPHA005795 | RE: OXYS back end reserve | Julian Ross |
| X | 120 | 6/26/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA005797 | FW: OXYS back end reserve | Julian Ross |
| X | 120 | 6/26/2015 | User | | | OXYSURE-ALPHA005799 | | |
| X | 121 | 6/26/2015 | Yakov Borenstein | Julian Ross | | OXYSURE-ALPHA005803 | Re: FW: OXYS back end reserve | Yakov Borenstein |
| X | 122 | 6/26/2015 | Yakov Borenstein | Julian Ross | | OXYSURE-ALPHA005806 | Re: FW: OXYS back end reserve | Yakov Borenstein |
| X | 123 | 6/26/2015 | Yakov Borenstein | Julian Ross | | OXYSURE-ALPHA005809 | Re: FW: OXYS back end reserve | Yakov Borenstein |
| X | 124 | 6/26/2015 | Julian Ross | 'Yakov Borenstein' | Tomer Tal (tomer@newventureattorneys.com) | OXYSURE-ALPHA005812 | TA letter | Julian Ross |
| X | 124 | 6/26/2015 | | | | OXYSURE-ALPHA005814 | | |
| X | 125 | 6/26/2015 | Tomer Tal | Julian Ross; 'Yakov Borenstein' | Abe Vail | OXYSURE-ALPHA005817 | RE: TA letter | Tomer Tal |
| X | 126 | 6/29/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA005823 | checking in | Julian Ross |
| X | 127 | 6/29/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005824 | File ready docs | Julian Ross |
| X | 127 | 6/29/2015 | | | | OXYSURE-ALPHA005826 | | |
| X | 127 | 6/29/2015 | | | | OXYSURE-ALPHA005842 | | |
| X | 127 | 6/29/2015 | | | | OXYSURE-ALPHA005858 | | |
| X | 127 | 6/29/2015 | Tomer Tal | Julian Ross | Casey Jensen | OXYSURE-ALPHA005874 | RE: File ready docs | Tomer Tal |
| X | 128 | 6/29/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005876 | Reserves final | Julian Ross |
| X | 128 | 6/29/2015 | user | | | OXYSURE-ALPHA005878 | | |
| X | 128 | 6/29/2015 | | | | OXYSURE-ALPHA005879 | | |
| X | 129 | 6/29/2015 | Tomer Tal | Julian Ross | Casey Jensen | OXYSURE-ALPHA005880 | RE: Reserves final | Tomer Tal |
| X | 130 | 6/29/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005882 | RE: Reserves final | Julian Ross |
| X | 131 | 6/29/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005884 | RE: Reserves final | Tomer Tal |
| X | 132 | 6/29/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA005887 | closing price | Julian Ross |
| X | 132 | 6/29/2015 | | | | OXYSURE-ALPHA005888 | | |
| X | 133 | 6/29/2015 | Tomer Tal | Julian Ross | 'Casey Jensen' | OXYSURE-ALPHA005889 | RE: Reserves final | Tomer Tal |
| X | 134 | 6/29/2015 | 6784jensen@gmail.com | Tomer Tal | Julian Ross | OXYSURE-ALPHA005892 | Re: Reserves final | 6784jensen@gmail.com |
| X | 135 | 6/30/2015 | Julian Ross | Sameer Hirji (sameerhirji@jsjinvestments.com) | Matthew Hirji | OXYSURE-ALPHA005896 | OXYS | Julian Ross |
| X | 135 | 6/30/2015 | Julian | | | OXYSURE-ALPHA005898 | | |
| X | 136 | 6/30/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005899 | FW: OXYS New Preferred Stock | Julian Ross |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 137 | 6/30/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA005902 | RE: OXYS New Preferred Stock | Tomer Tal |
| X | 138 | 6/30/2015 | Tomer Tal | 'Julian Ross' | 'Casey Jensen' | OXYSURE-ALPHA005907 | RE: OXYS New Preferred Stock | Tomer Tal |
| X | 139 | 6/30/2015 | Julian Ross | 'Tomer Tal' | 'Casey Jensen' | OXYSURE-ALPHA005912 | RE: OXYS New Preferred Stock | Julian Ross |
| X | 140 | 6/30/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005915 | Articles | Julian Ross |
| X | 140 | 3/8/2005 | HyperGEAR,Inc. | | | OXYSURE-ALPHA005917 | | |
| X | 141 | 6/30/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005924 | Corrected CODs | Julian Ross |
| X | 141 | 6/30/2015 | | | | OXYSURE-ALPHA005926 | | |
| X | 141 | 6/30/2015 | | | | OXYSURE-ALPHA005942 | | |
| X | 141 | 6/30/2015 | | | | OXYSURE-ALPHA005958 | | |
| X | 142 | 6/30/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA005974 | RE: Corrected CODs | Tomer Tal |
| X | 143 | 6/30/2015 | Julian Ross | 'Tomer Tal' | | OXYSURE-ALPHA005976 | RE: Corrected CODs | Julian Ross |
| X | 144 | 6/30/2015 | Justeene Blankenship | Julian Ross; 'Tomer Tal' | | OXYSURE-ALPHA005978 | RE: Final TA letters | Justeene Blankenship |
| X | 144 | | | | | OXYSURE-ALPHA005981 | | |
| X | 144 | | | | | OXYSURE-ALPHA005984 | | |
| X | 144 | | | | | OXYSURE-ALPHA005987 | | |
| X | 145 | 6/30/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA005990 | All the docs | Julian Ross |
| X | 145 | 6/30/2015 | user | | | OXYSURE-ALPHA005992 | | |
| X | 145 | 6/30/2015 | user | | | OXYSURE-ALPHA005996 | | |
| X | 145 | 6/30/2015 | Tomer | | | OXYSURE-ALPHA006001 | | |
| X | 145 | 6/30/2015 | Tomer | | | OXYSURE-ALPHA006004 | | |
| X | 145 | 6/30/2015 | Tomer | | | OXYSURE-ALPHA006008 | | |
| X | 145 | 6/30/2015 | Tomer | | | OXYSURE-ALPHA006011 | | |
| X | 145 | 6/30/2015 | sawyer | | | OXYSURE-ALPHA006015 | | |
| X | 145 | 6/30/2015 | sawyer | | | OXYSURE-ALPHA006028 | | |
| X | 145 | 6/30/2015 | sawyer | | | OXYSURE-ALPHA006042 | | |
| X | 145 | 6/30/2015 | sawyer | | | OXYSURE-ALPHA006056 | | |
| X | 146 | 6/30/2015 | Tomer Tal | 'Goldy Greenfeld' | 'arigoldstein123@gmail.com'; 'Julian Ross'; 'Casey Jensen' | OXYSURE-ALPHA006071 | FW: All the docs | Tomer Tal |
| X | 146 | | user | | | OXYSURE-ALPHA006073 | | |
| X | 146 | 6/30/2015 | user | | | OXYSURE-ALPHA006077 | | |
| X | 146 | | Tomer | | | OXYSURE-ALPHA006082 | | |
| X | 146 | 6/30/2015 | Tomer | | | OXYSURE-ALPHA006085 | | |
| X | 146 | | Tomer | | | OXYSURE-ALPHA006089 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| X | 146 | 6/30/2015 | Tomer | | | OXYSURE-ALPHA006092 | | |
| X | 146 | | sawyer | | | OXYSURE-ALPHA006096 | | |
| X | 146 | 6/30/2015 | sawyer | | | OXYSURE-ALPHA006109 | | |
| X | 147 | 6/30/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006123 | RE: All the docs | Tomer Tal |
| X | 148 | 6/30/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA006125 | SOS DE | Julian Ross |
| X | 148 | 6/29/2015 | Delaware Intercorp, Inc. | jross@oxysure.com | | OXYSURE-ALPHA006127 | Delaware Intercorp, Inc. Receipt | Delaware Intercorp, Inc. |
| X | 148 | 6/29/2015 | Julian Ross | info (info@delawareintercorp.com) | | OXYSURE-ALPHA006129 | OxySure fileready docs | Julian Ross |
| X | 148 | 6/29/2015 | | | | OXYSURE-ALPHA006131 | | |
| X | 148 | 6/29/2015 | | | | OXYSURE-ALPHA006147 | | |
| X | 148 | 6/29/2015 | | | | OXYSURE-ALPHA006163 | | |
| X | 148 | 6/29/2015 | | | | OXYSURE-ALPHA006179 | | |
| X | 148 | 6/29/2015 | info | 'Julian Ross' | | OXYSURE-ALPHA006181 | RE: OxySure fileready docs | info |
| X | 148 | 6/30/2015 | Julian Ross | info (info@delawareintercorp.com) | | OXYSURE-ALPHA006184 | OxySure corrected docs | Julian Ross |
| X | 148 | 6/30/2015 | | | | OXYSURE-ALPHA006186 | | |
| X | 148 | 6/30/2015 | | | | OXYSURE-ALPHA006202 | | |
| X | 148 | 6/30/2015 | | | | OXYSURE-ALPHA006218 | | |
| X | 148 | 6/30/2015 | info | 'Julian Ross' | | OXYSURE-ALPHA006234 | RE: OxySure corrected docs | info |
| X | 149 | 6/30/2015 | Tomer Tal | 'Julian Ross' | 'Casey Jensen' | OXYSURE-ALPHA006237 | RE: SOS DE | Tomer Tal |
| X | 150 | 6/30/2015 | Julian Ross | 'Tomer Tal' | | OXYSURE-ALPHA006240 | RE: All the docs | Julian Ross |
| X | 150 | 6/30/2015 | Julian Ross | | | OXYSURE-ALPHA006242 | | |
| X | 150 | 6/30/2015 | Julian Ross | | | OXYSURE-ALPHA006249 | | |
| X | 151 | 6/30/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006257 | RE: All the docs | Tomer Tal |
| X | 152 | 6/30/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006260 | FW: All the docs- union | Tomer Tal |
| X | 152 | | Abe | | | OXYSURE-ALPHA006263 | | |
| X | 152 | | sawyer | | | OXYSURE-ALPHA006267 | | |
| X | 153 | 6/30/2015 | Julian Ross | 'Tomer Tal' | | OXYSURE-ALPHA006281 | RE: All the docs | Julian Ross |
| X | 154 | 6/30/2015 | Tomer Tal | Julian Ross | | OXYSURE-ALPHA006283 | RE: All the docs | Tomer Tal |
| X | 155 | 6/30/2015 | Tomer Tal | Julian Ross | | OXYSURE-ALPHA006285 | RE: All the docs | Tomer Tal |
| X | 156 | 6/30/2015 | Justeene Blankenship | Julian Ross; Tomer Tal (tomer@newventureattorneys.com) | | OXYSURE-ALPHA006287 | RE: just checking in | Justeene Blankenship |
| X | 156 | | | | | OXYSURE-ALPHA006290 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 157 | 7/1/2015 | Julian Ross | Tomer Tal (tomer@newventureattorneys.com); Justeene Blankenship (jb@actionstocktransfer.com) | Casey Jensen (cjensen@anubiscap.com) | OXYSURE-ALPHA006298 | File Stamped CODs | Julian Ross |
| X | 158 | 7/1/2015 | Tomer Tal | Julian Ross; Justeene Blankenship | Casey Jensen | OXYSURE-ALPHA006300 | RE: File Stamped CODs | Tomer Tal |
| X | 159 | 7/1/2015 | Justeene Blankenship | Tomer Tal; Julian Ross | Casey Jensen | OXYSURE-ALPHA006302 | RE: File Stamped CODs | Justeene Blankenship |
| X | 159 | | | | | OXYSURE-ALPHA006305 | | |
| X | 160 | 7/1/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006313 | I need to union full recourse note countersigned... | Tomer Tal |
| X | 160 | | Abe | | | OXYSURE-ALPHA006314 | | |
| X | 161 | 7/1/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006318 | Please call me at your earliest convenience.. trying to get things together for closing | Tomer Tal |
| X | 162 | 7/1/2015 | Julian Ross | 'Tomer Tal' | | OXYSURE-ALPHA006319 | RE: I need to union full recourse note countersigned... | Julian Ross |
| X | 162 | 7/1/2015 | Abe | | | OXYSURE-ALPHA006320 | | |
| X | 163 | 7/1/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006324 | Board resolutions? | Tomer Tal |
| X | 163 | 6/25/2015 | Vania Glazer | | | OXYSURE-ALPHA006325 | | |
| X | 164 | 7/1/2015 | Tomer Tal | 'Justeene Blankenship (jb@actionstocktransfer.com)' | 'arigoldstein123@gmail.com'; 'Goldy Greenfeld'; 'Julian Ross' | OXYSURE-ALPHA006327 | Opinion and supporting documents for the issuance of 87,800 shares of OXYS to Adar Bays LLC | Tomer Tal |
| X | 164 | | | | | OXYSURE-ALPHA006328 | | |
| X | 164 | | | | | OXYSURE-ALPHA006329 | | |
| X | 164 | | Julian Ross | | | OXYSURE-ALPHA006330 | | |
| X | 164 | | | | | OXYSURE-ALPHA006356 | | |
| X | 164 | | Tomer | | | OXYSURE-ALPHA006358 | | |
| X | 165 | 7/1/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006360 | Note exchange resolutions  OXYS  6-25-15.docx | Tomer Tal |
| X | 165 | 7/1/2015 | Vania Glazer | | | OXYSURE-ALPHA006361 | | |
| X | 166 | 7/1/2015 | Julian Ross | 'Tomer Tal' | | OXYSURE-ALPHA006363 | RE: Note exchange resolutions  OXYS  6-25-15.docx | Julian Ross |
| X | 166 | 7/1/2015 | Vania Glazer | | | OXYSURE-ALPHA006364 | | |
| X | 167 | 7/1/2015 | Tomer Tal | 'Abe Vail' | 'Yakov Borenstein'; 'Julian Ross' | OXYSURE-ALPHA006366 | OXYS good to fund | Tomer Tal |
| X | 167 | | Tomer | | | OXYSURE-ALPHA006367 | | |
| X | 167 | | Abe | | | OXYSURE-ALPHA006370 | | |
| X | 167 | | sawyer | | | OXYSURE-ALPHA006374 | | |
| X | 167 | | kmagaw | | | OXYSURE-ALPHA006388 | | |
| X | 167 | | | | | OXYSURE-ALPHA006404 | | |
| X | 167 | | | | | OXYSURE-ALPHA006407 | | |
| X | 167 | | Abe | | | OXYSURE-ALPHA006409 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 167 | | Vania Glazer | | | OXYSURE-ALPHA006413 | | |
| X | 168 | 7/1/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA006415 | Adar countersigned docs | Tomer Tal |
| X | 168 | | | | | OXYSURE-ALPHA006416 | | |
| X | 168 | | Tomer | | | OXYSURE-ALPHA006420 | | |
| X | 168 | | Tomer | | | OXYSURE-ALPHA006424 | | |
| X | 168 | | sawyer | | | OXYSURE-ALPHA006428 | | |
| X | 169 | 7/1/2015 | Julian Ross | 'Tomer Tal' | | OXYSURE-ALPHA006441 | RE: Adar countersigned docs | Julian Ross |
| X | 169 | 7/1/2015 | Tomer | | | OXYSURE-ALPHA006442 | | |
| X | 169 | 7/1/2015 | Tomer | | | OXYSURE-ALPHA006446 | | |
| X | 170 | 7/1/2015 | Tomer Tal | 'Goldy Greenfeld' | 'Julian Ross' | OXYSURE-ALPHA006450 | OXYS good to fund | Tomer Tal |
| X | 170 | | Tomer | | | OXYSURE-ALPHA006451 | | |
| X | 170 | | Tomer | | | OXYSURE-ALPHA006455 | | |
| X | 171 | 7/1/2015 | Abe Vail | Tomer Tal | Yakov Borenstein; Julian Ross | OXYSURE-ALPHA006459 | RE: OXYS good to fund | Abe Vail |
| X | 171 | 7/7/2015 | | | | OXYSURE-ALPHA006502 | | |
| X | 172 | 7/13/2015 | Julian Ross | Aryeh Goldstein | 'Julian Ross' | OXYSURE-ALPHA006504 | Update | Julian Ross |
| X | 173 | 7/13/2015 | Aryeh Goldstein | Julian Ross | 'Julian Ross' | OXYSURE-ALPHA006505 | Re: Update | Aryeh Goldstein |
| X | 174 | 7/17/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA006507 | Group10 confirmed | Julian Ross |
| X | 175 | 7/17/2015 | Yakov Borenstein | Julian Ross | | OXYSURE-ALPHA006508 | Re: Group10 confirmed | Yakov Borenstein |
| X | 176 | 7/17/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA006510 | RE: Group10 confirmed | Julian Ross |
| X | 177 | 7/21/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA006512 | Follow up2 | Julian Ross |
| X | 178 | 8/1/2015 | Julian Ross | 'Yakov Borenstein' | Justeene Blankenship (jb@actionstocktransfer.com); Tomer Tal (tomer@newventureattorneys.com) | OXYSURE-ALPHA006566 | Note 3 overdrawn | Julian Ross |
| X | 178 | 8/1/2015 | julian ross | | | OXYSURE-ALPHA006568 | | |
| X | 179 | 8/12/2015 | Julian Ross | 'Yakov Borenstein' | | OXYSURE-ALPHA006702 | follow up on group10 | Julian Ross |
| X | 180 | 8/24/2015 | Tomer Tal | 'Justeene Blankenship (jb@actionstocktransfer.com)' | 'Julian Ross'; Abe Vail; Chany Borenstein; Yakov Borenstein | OXYSURE-ALPHA006755 | Opinion and supporting documents for the issuance of 67,102 shares of OXYS to Union Capital LLC | Tomer Tal |
| X | 180 | | Abe | | | OXYSURE-ALPHA006756 | | |
| X | 180 | | Julian Ross | | | OXYSURE-ALPHA006758 | | |
| X | 180 | | Julian Ross | | | OXYSURE-ALPHA006764 | | |
| X | 180 | | Abe | | | OXYSURE-ALPHA006766 | | |
| X | 180 | | Abe | | | OXYSURE-ALPHA006767 | | |
| X | 180 | | Tomer | | | OXYSURE-ALPHA006768 | | |
| X | 181 | 8/27/2015 | Justeene Blankenship | jross@oxysure.com | | OXYSURE-ALPHA006770 | FW: Opinion and supporting documents for the issuance of 67,102 shares of OXYS to Union Capital LLC | Justeene Blankenship |
| X | 181 | | Abe | | | OXYSURE-ALPHA006772 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| X | 181 | | Julian Ross | | | OXYSURE-ALPHA006774 | | |
| X | 181 | | Julian Ross | | | OXYSURE-ALPHA006780 | | |
| X | 181 | | Abe | | | OXYSURE-ALPHA006782 | | |
| X | 181 | | Abe | | | OXYSURE-ALPHA006783 | | |
| X | 181 | | Tomer | | | OXYSURE-ALPHA006784 | | |
| X | 182 | 8/27/2015 | Julian Ross | Justeene Blankenship | jross@oxysure.com | OXYSURE-ALPHA006786 | Re: FW: Opinion and supporting documents for the issuance of 67,102 shares of OXYS to Union Capital LLC | Julian Ross |
| X | 183 | 8/27/2015 | Justeene Blankenship | Tomer Tal | 'Julian Ross'; Abe Vail; Chany Borenstein; Yakov Borenstein | OXYSURE-ALPHA006788 | RE: Opinion and supporting documents for the issuance of 67,102 shares of OXYS to Union Capital LLC | Justeene Blankenship |
| X | 184 | 9/2/2015 | Abe Vail | jross@oxysure.com; Tomer Tal | Justeene Blankenship; Chany Borenstein; Yakov Borenstein | OXYSURE-ALPHA006790 | RE: Opinion and supporting documents for the issuance of 67,102 shares of OXYS to Union Capital LLC | Abe Vail |
| X | 185 | 9/2/2015 | Abe Vail | jross@oxysure.com | Tomer Tal; Justeene Blankenship; Yakov Borenstein | OXYSURE-ALPHA006791 | RE: Opinion and supporting documents for the issuance of 67,102 shares of OXYS to Union Capital LLC | Abe Vail |
| X | 186 | 10/12/2015 | Tomer Tal | 'Julian Ross' | | OXYSURE-ALPHA007002 | RE: All the docs | Tomer Tal |
| X | 187 | 10/26/2015 | Yakov Borenstein | Julian Ross | | OXYSURE-ALPHA007023 | Re: What time | Yakov Borenstein |