

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/15
```

Mazin A. Sbaiti
mazin@stecklerlaw.com

December 22, 2015

<u>Via Facsimile (212) 805-4268</u>
Chambers of Judge Gabriel Gorenstein
U.S. District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:  *Alpha Capital Anstalt v. Oxysure Systems, Inc. et al.* 1:15-cv-05443-VM
     **Unopposed Extension of Time**

Dear Judge Gorenstein,

Defendant Oxysure Systems, Inc. respectfully files this letter notice to inform the court that the parties have agreed to allow Oxysure until January 7, 2016 to file its Reply in Support of its Motion for Protective Order, and to allow Oxysure until January 11, 2016 to answer outstanding interrogatories served on Oxysure. Undersigned holiday schedule has made timing an issue and we humbly ask this Court to agree to these two unopposed extensions.  Granted

Sincerely,

Mazin A. Sbaiti, Esq.
Counsel for Oxysure Systems, Inc.

SO ORDERED: DATE 12/22/15
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Cc:  Ken Zitter (via facsimile)


**So Ordered:**


_____          _____
Judge Gorenstein                    Date