UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ALPHA CAPITAL ANSTALT,                          :

                                 Plaintiff,     :       ORDER

           -v.-                                         :
                                          :       15 Civ. 5443 (VM) (GWG)

OXYSURE SYSTEMS INC. et al.,                    :

                         Defendants.                      :
-----------------------------------------------------------------x
GABRIEL W. GORENSTEIN, United States Magistrate Judge

      Oral argument on the pending motion for protective order will take place on February 1, 2016, at 4:00 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin promptly.[1]

      The Court notes that plaintiff has asserted that the defendants' failure to present to the Court samples of the documents at issue should bear on the disposition of the motion. The Court is not requiring the filing of any such documents. If, however, a party wishes to present such documents to the Court, either in support of or in opposition to the motion, that party has leave to send such documents to the Court by letter without filing such documents in the public record. If a supplementary affidavit is needed to explain such documents, that may be provided as well. Any such supplementation must be submitted by January 20, 2016. If appropriate, parties may respond to any submission by January 27, 2016.

      SO ORDERED.

Dated: January 12, 2016
      New York, New York

                                              GABRIEL W. GORENSTEIN
                                              United States Magistrate Judge

---

[1] Each attorney is directed to ensure that all other attorneys on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).