AO 440 (Rev 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

Osher Capital Partners, LLC,

    *Plaintiff*

v.

Oxysure Systems, Inc. and Julian Ross,

    *Defendant*

Civil Action No. 15-cv-9594

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Julian Ross
    880 John W. Elliot Drive
    Suite 600
    Frisaco, Texas 75033

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Law Offices of Kenneth A. Zitter
    260 Madison Avenue - 18th Floor
    New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/8/2015

/s/ R. Chambers

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* JULIAN ROSS—REGISTERED AGENT FOR OXYSURE SYSTEMS INC.
was received by me on *(date)*

☒ I personally served the summons on the individual at *(place)* 10880 JOHN W. ELLIOT DRIVE SUITE 600 FRISCO, TEXAS 75033
on *(date)* 1/4/16 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)*             , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                           , who is
designated by law to accept service of process on behalf of *(name of organization)*
on *(date)*             ; or

☐ I returned the summons unexecuted because                                           ; or

☐ Other *(specify)*:


My fees are $           for travel and $           for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: 1/4/16

*Server's signature*

ROBERT CHAMBERS
*Printed name and title*

3300 W. PARK BLVD, #1163
PLANO, TEXAS 75075
*Server's address*

Additional information regarding attempted service, etc:

SERVICE WAS MADE ON 1/4/16 AT 2:00 P.M. AT
10880 JOHN W. ELLIOT DRIVE FRISCO, TX, 75033
BY PERSONALLY SERVING JULIAN ROSS.