**LAW OFFICES**
# KENNETH A. ZITTER
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/16

April 15, 2015

Honorable Victor Marrero
United States District Judge
United States District Courthouse
500 Pearl Street
New York, NY 10007

    Re: <u>Alpha Capital Anstalt and Osher Capital Partners, LLC v. Oxysure Systems, Inc. et ano.</u>
           15 CV 5443 (VM)(GWG)

Dear Judge Marrero:

    We are counsel to the Plaintiffs in the captioned matter. Subject to the Court's approval, the parties have agreed that Plaintiffs shall submit their papers on their motion for summary judgment on or before April 22, 2016. Defendants shall submit their answering papers on or before May 20, 2016. Plaintiffs shall submit any answering papers on or before June 3, 2016.

                                          Respectfully submitted,

                                          Kenneth A. Zitter

KAZ/nr

by fax: 212-805-6382

cc: Mazin Sbaiti, Esq. (by email)

---

SO ORDERED.

4-15-16
DATE               VICTOR MARRERO, U.S.D.J.