United States District Court
Southern District of New York
----------------------------------------------------------------x
Alpha Capital Anstalt and
Osher Capital Partners, LLC,

                              Plaintiff,                        <u>Affirmation</u>

vs.                                                                     15 CV 5443 (VM)(GWG)

Oxysure Systems, Inc. and
Julian Ross,

                              Defendants.
----------------------------------------------------------------x

Ari Kluger hereby affirms under penalties of perjury:

1. I am an Officer of LH Financial Services, Inc. ("LH") which is a service company for Alpha Capital Anstalt ("Alpha Capital"). LH negotiated the purchase of Oxysure securities at issue in this case on behalf of Alpha Capital. I was involved in those negotiations and in all the events subsequent to the purchase. I am also a Principal of Osher Capital Partners, LLC.

2. I have reviewed Plaintiffs' Memorandum of Law in support of the summary judgment motion. The facts asserted therein are true to my knowledge.

Dated: New York, New York
       April 21, 2016

                                                                      Ari Kluger