

LAW OFFICES
**KENNETH A. ZITTER**
260 MADISON AVENUE
NEW YORK, NEW YORK 10016
(212) 532-8000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/3/16__

May 26, 2016

Hon. Victor Marrero
United States District Judge
United States District Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>Alpha Capital Anstalt and Osher Capital Partners LLC vs. Oxysure Systems, Inc., et al.</u>
15 CV 5443 (VM) (GWG)

Dear Judge Marrero:

    We are counsel to Plaintiffs in the captioned matter. There is a pending summary
judgment motion. Plaintiffs' reply papers on the motion are due on June 3, 2016. We respectfully
request that the due date for Plaintiffs' reply papers be extended to June 10, 2016. Defendants
have consented to this adjournment.

Respectfully,

Kenneth A. Zitter

KAZ/nr
by fax: (212) 805-6382

by email: Mazin A. Sbaiti, Esq.

SO ORDERED.

6-2-16
DATE          VICTOR MARRERO, U.S.D.J.