USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/17

United States District Court
Southern District of New York

------------------------------------------------------------x

Alpha Capital Anstalt and
Osher Capital Partners, LLC,

Plaintiffs,

v.

15 Civ. 05443 (VM)(GWG)

Oxysure Systems, Inc. and
Julian Ross,

Stipulation of Discontinuance

Defendants.

------------------------------------------------------------x

1. It is hereby stipulated and agreed between the undersigned counsel for Plaintiffs Alpha Capital Anstalt and Osher Capital Partners, LLC on the one hand, and Defendant Julian Ross, appearing *pro se*, on the other hand, that the within action is hereby discontinued with prejudice and on the merits each party to bear its own costs.

2. The parties, to the fullest extent allowed by law, hereby mutually release and discharge each other and LH Financial Services, Inc. ("LH") and all of their respective affiliates, parents, subsidiaries, past, present, and future directors, officers, members, attorneys, agents, assigns, employees, predecessors and successors in interest, and all persons or entities claiming by, through, or under them, whether directly or derivatively, from and against all claims, demands and causes of action, whether known or unknown, presently suspected or unsuspected, and relating to any event, occurrence or non-event prior to the date of this Agreement. This Release shall survive the execution and delivery of this Agreement.

3. The Parties and LH agree not to communicate, directly or indirectly, any disparaging information about any other Party or LH or their respective officers, directors, employees, attorneys and agents to any entity or person. The Parties and LH agree not to post any disparaging or negative comments about any other Party or LH or their respective officers, directors, employees, attorneys and agents, on any form of social or public media, and agrees not to encourage, directly or indirectly, any person or entity not to do business with any other Party or LH or their respective officers, directors, employees, attorneys and agents. The Parties agree not to provide any direct or indirect assistance, business or other advice, and encouragement to any person or entity involved with, seeking to commence or investigating any disagreement, litigation, arbitration or other proceeding against any Party or LH or their respective officers, directors, employees and agents. This paragraph shall survive the execution and delivery of this Stipulation.

Dated: New York, New York
November 8, 2017

Law Offices of Kenneth A. Zitter

By:____________________
Kenneth A. Zitter, Esq.
Attorneys for Plaintiffs
Alpha Capital Anstalt
Osher Capital Partners, LLC
260 Madison Avenue - 18th Floor
New York, New York 10016

____________________
Julian Ross, *pro se*

So Ordered: 13 November 2017

________________
U.S.D.J.



**SO ORDERED.**

11-13-17
DATE

VICTOR MARRERO, U.S.D.J.